428 A.2d 429

Commonwealth v. Tate, Appellant.

 Argued March 20, 1979. Abraham J. Golden, for appellant; Steven Seeling, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.

WIEAND, J., did not participate in the consideration or decision of this case.